**Wesley Edward SMITH, III,**
**Plaintiff–Appellant,**

v.

**CHARLESTON COUNTY SCHOOL**
**DISTRICT, Defendant–**
**Appellee.**

No. 06–2001.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Jan. 30, 2007.

Wesley Edward Smith, III, Appellant Pro Se. Alice F. Paylor, Daniel Francis Blanchard, III, Rosen, Rosen & Hagood, LLC, Charleston, South Carolina, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge and dismissing his complaint for lack of federal subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Charleston County School Dist.*, No. 2:06–cv–02177 (D.S.C. Sept. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*